# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., A FOREIGN CORPORATION; AND NATIONAL DEFAULT SERVICING CORPORATION, AN ARIZONA CORPORATION,<br><br>               Appellants,<br>       vs.<br>S&J INVESTMENTS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>               Respondent. | No. 70946<br><br>**FILED**<br><br>JUL 25 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _S. Young_<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joseph Hardy, Jr., District Judge
       Persi J. Mishel, Settlement Judge
       Duane Morris LLP/Las Vegas
       Tiffany & Bosco, P. A.
       Ayon Law, PLLC
       Eighth District Court Clerk